# Sobel, Ross, Fliegel & Suss, LLP

Attorneys at Law

(212) 233-0350

L. Barry Fliegel
Marvin N. Suss
Michael P. Stieglitz
Bruce Glickman
David Malach
Sherwin A. Suss*
Slavko Ristich
*Also admitted in New Jersey

150 Broadway
Suite 1206
New York, NY 10038-4370
Fax (212) 233-2977

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/4/08

February 1, 2008

***VIA FACSIMILE (212) 805-6382***
Honorable Victor Marrero
U.S. District Judge
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

Re:     Alberto Paulino v. The City of New York, et al.
D/A:    August 11, 2006

07 Civ. 7223

Dear Honorable Marrero:

This office represents the Plaintiff in the above matter. During discussions between Counsel to draft the joint letter for the scheduled Case Management Conference, settlement discussions were entered into. This office believes that the Corporation Counsel has made a reasonable offer to settle this matter. We have been unable to contact our client to convey the offer made by the City of New York on this case.

By this letter, we respectfully request that the Initial Case Management Conference scheduled for February 8, 2008 at 9:00 A.M. be adjourned to allow this office an opportunity to discuss this settlement offer with the Plaintiff. I have spoken with Douglas W. Heim, Assistant Corporation Counsel, handling this case, who has consented to the granting of this adjournment.

No previous request for adjournment of the Initial Management Conference has been made by either party.

Respectfully Submitted,

Sherwin Suss (SS6017)
SOBEL, ROSS, FLIEGEL & SUSS, LLP
Attorney for Plaintiff

SAS/lsd

cc:      ***VIA FACSIMILE (212) 788-9776***
Douglas W. Heim
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street
New York, NY 10007

Request GRANTED. The _____
conference herein is rescheduled to 2-15-08
at 9:30a.m.

SO ORDERED.

2-4-08
DATE          VICTOR MARRERO, U.S.D.J.