# Sobel, Ross, Fliegel & Suss, LLP

Attorneys at Law
(212) 233-0350



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

**MEMO ENDORSED**

L. Barry Fliegel
Marvin N. Suss
Michael P. Stieglitz
Bruce Glickman
David Malach
Sherwin A. Suss*
Slavko Ristich

*Also admitted in New Jersey

150 Broadway
Suite 1206
New York, NY 10038-4370
Fax (212) 233-2977

February 8, 2008

**VIA FACSIMILE (212) 805-6382**
Honorable Victor Marrero
U.S. District Judge
Southern District of New York
500 Pearl Street, Suite 660
New York, New York 10007

Re:    Alberto Paulino v. The City of New York, et al.
D/A:   August 11, 2006

07 Cv 7223

Dear Honorable Marrero:

This office represents the Plaintiff in the above matter. This office requests that the Case Management Conference presently scheduled for February 15, 2008 at 9:00 A.M. also include a settlement discussions between the parties. This office would bring Plaintiffs to the Court on that day.

I have spoken with Douglas Heim, Assistant Corporation Counsel, who represents Defendants in this matter and he consents the same.

Respectfully Submitted,

Sherwin Suss (SS6017)
SOBEL, ROSS, FLIEGEL & SUSS, LLP
Attorney for Plaintiff

SAS/lsd

cc:
**VIA FACSIMILE (212) 788-9776**
Douglas W. Heim
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street
New York, NY 10007

Request GRANTED. At the initial conference the Court will endeavor to facilitate settlement discussions if the parties have exchanged good faith proposals that permit reasonable prospects for early resolution of their dispute.

**SO ORDERED:**

2-11-08
DATE            VICTOR MARRERO, U.S.D.J.